IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-B-01212 (PAC)

JACK J. GRYNBERG and
GRYNBERG PRODUCTION CORPORATION and its successors,
GRYNBERG PETROLEUM COMPANY and its successors,

        Plaintiffs,

vs.

SHELL EXPLORATION B.V.; and
SHELL INTERNATIONAL EXPLORATION AND PRODUCTION B.V.

        Defendants.
_____

ORDER
_____

Order Entered by Patricia A. Coan, Magistrate Judge

    It is hereby **ORDERED** that Defendants Shell Exploration, et al's Motion to Compel, filed July 19, 2005, Doc. # 71 is **denied** as moot. The Motion was withdrawn on August 17, 2005. It is further

    **ORDERED** that, after review of defendants Shell Exploration, et al's, Defendants' Motion to Modify Scheduling Order, Doc. # 85, filed October 12, 2005, and finding good cause, the motion is **granted in part and denied in part**. It is therefore further

    **ORDERED** that the **discovery deadline** is extended to **February 15, 2006** for both fact and expert witnesses for all parties. The **dispositive motions deadline** is extended to **March 10, 2006**, with responses due **March 27, 2006** and replies **April 7, 2006. There will be no further extensions of these deadlines due to the current trial date of July 10, 2006.** The **final pretrial conference** set for March 10, 2006 is **vacated and reset** to April 17, 2006 at 9:00 a.m. in Courtroom A-501. The proposed final pretrial order is to be submitted no later than five days

before the conference.   It is further

**ORDERED** that, on or before **November 2, 2005**, counsel shall submit a proposed **amended scheduling order** incorporating the foregoing dates and adjusting Rule 26(a)(2) production to fit within those deadlines, and signed by all counsel.

Counsel are further advised that the magistrate judge does not have authority to vacate the Chief District Judge's trial and trial preparation conference settings.

Finally, counsel are advised not to submit proposed orders in .txt format.  Please submit proposed order email attachments in either Word or WordPerfect format.

Dated this 19th day of October 2005.

                                                By the Court:
                                                s/Patricia A. Coan
                                                Patricia A. Coan
                                                Magistrate Judge