IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-B-1212 (PAC)

JACK J. GRYNBERG and
GRYNBERG PRODUCTION CORPORATION and its successors,
GRYNBERG PETROLEUM COMPANY and its successors,

      Plaintiffs,

vs.

SHELL EXPLORATION B.V.; and
SHELL INTERNATIONAL EXPLORATION AND PRODUCTION B.V.

      Defendants.

## ORDER

*Entered by Magistrate Judge Patricia A. Coan October 12, 05    Doc # 85*

Came on for consideration Defendants' Motion to Modify Scheduling Order, and after review of the motion and the response thereto, the Court is of the opinion that good cause exists *somewhat* to modify the March 4, 2005 Scheduling Order and that the Defendants' Motion to Modify Scheduling Order should be GRANTED *in part & denied in part*. It is therefore

    ORDERED that the Defendants' Motion to Modify Scheduling Order is granted *in part and denied in part* and it is further

    ORDERED that the Defendants shall have until ~~April~~ *January 15, 06* ~~2006~~ to comply with the requirements of Rule 26(a)(2); and ~~it is further~~

*Counsel are advised that the magistrate judge has no authority to change the Chief judge's trial date & the matter of the trial date is referred back to the Chief judge. It is further*

~~ORDERED that the trial date shall be extended until the first available date after October 1, 2005; and it is further~~

    ORDERED that ~~all remaining deadlines in the March 4, 2005 Scheduling Order,~~ *π's rebuttal Rule 26(a)(2) information is due by Feb 15, 06 & the discovery deadline is* ~~shall be extended in accordance with the new trial date; and it is further~~ *extended to March 15, 06 for the purpose of completing expert depositions only. It is further*

ORDERED that the Magistrate shall amend the Scheduling Order in accordance with the other terms of this Order. [Handwritten interlineations: "dispositive motions deadline remains at March 10, 06 & will NOT be extended unless the trial date is continued. Further, the final pre-trial conference in Courtroom A 501 on April 17, 06 remains as set."]

SIGNED this 7th day of November, 2005.

[Handwritten: "Counsel shall submit proposed orders in the future in accordance with the Court's ECF Procedures, § V.L."]

s/ PATRICIA A COAN
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate Judge

PATRICIA A COAN

2