IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01212-LTB-PAC

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION and its successors,
GRYNBERG PETROLEUM COMPANY and its successors,

      Plaintiff(s),

v.

SHELL EXPLORATION B.V. and
SHELL INTERNATIONAL EXPLORATION AND PRODUCTION B.V. f.k.a.
SHELL INTERNATIONAL PETROLEUM MAATSCHAPPIJ B.V.,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Joint Motion to Set Defendants' Expert Report Date [filed February 1, 2006; Doc. No. 112] is **GRANTED** as follows:

      Defendants shall provide complete Rule 26(a)(2) information by **March 3, 2006.**

      Plaintiff's complete Rule 26(a)(2) rebuttal information is due by **March 24, 2006.**

Dated:  February 8, 2006