IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01212-LTB-PAC

JACK J. GRYNBERG,
GRYNBERG PRODUCTION CORPORATION and its successors,
GRYNBERG PETROLEUM COMPANY and its successors,

      Plaintiff(s),

v.

SHELL EXPLORATION B.V. and
SHELL INTERNATIONAL EXPLORATION AND PRODUCTION B.V. f.k.a.
SHELL INTERNATIONAL PETROLEUM MAATSCHAPPIJ B.V.,

      Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate April 4, 2006 Hearing and to Reset Hearing for April 13, 2006 (doc. 152) is granted.  The hearing set for April 4, 2006 is vacated and reset to **April 13, 2006 at 8:30 a.m.**  Counsel are to meet and confer from **8:00 a.m. to 8:30 a.m.** in the magistrate judge's conference room prior to the hearing in an effort to resolve discovery issues.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  April 7, 2006